**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

AKIVA MEYER RABINOWITZ, a/k/a AKIVA THOMAS, DO,

       Plaintiff,

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF COLORADO, THE
UNIVERSITY OF COLORADO SCHOOL OF
MEDICINE, GRADUATE MEDICAL
EDUCATION PROGRAM; HCA-HealthONE,
LLC, a Colorado corporation; Laura Webster
M.D., in her official and individual capacities; and
Carol Rumack, M.D., in her official and individual
capacities;

       Defendants.

---

## UNIVERSITY DEFENDANTS' NOTICE OF REMOVAL

---

      University Defendants file this notice of removal under 28 U.S.C. §§ 1441, 1446(a).

      1.    Plaintiff is Akiva Meyer Rabinowitz, a/k/a Akiva Thomas, DO; Defendants are The Board of Regents of the University of Colorado on behalf of the University of Colorado School of Medicine, Graduate Medical Education Program; Laura Webster, M.D.; and Carol Rumack, M.D ("University Defendants"); and HCA-HealthONE, LLC ("HealthONE Defendant").

2.      On August 7, 2019, Plaintiff sued Defendants in the City and County of Denver District Court, State of Colorado. Case No. 2019-cv-33037. [See Exhibit A.]

3.      University Defendants waived and accepted service of the Complaint and Summons on August 16, 2019. [See Exhibit B.]

4.      Plaintiff served HealthONE Defendant with the Complaint and Summons on August 23, 2019. [See Exhibit C.]

5.      On September 5, 2019, the Denver District Court granted University Defendants' Unopposed Motion for Extension of Time to File an Answer or Responsive Pleading up to and including September 20, 2019. [See Exhibit D.]

6.      Pursuant to D.C.COLO.LCiv.R. 81.1, a current register of actions and party information docket sheet is attached. [See Exhibit E.]

7.      Pursuant to 28 U.S.C. § 1446(2)(A), University Defendants conferred with HealthONE Defendant on September 11, 2019 about this Notice of Removal and HealthONE consents to removal and have indicated consent by signing this Notice of Removal.

8.      University Defendants timely file this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1).

9.      Removal is proper because Plaintiff's suit presents Federal questions over which this Court has jurisdiction. 28 U.S.C. §§ 1331, 1441(a). Specifically, Plaintiff's Complaint alleges Defendants violated Title VII of the Civil Rights Act of 1964, Title II of the ADA, and Section 504 of the Rehabilitation Act of 1973, during the course of his

employment with Defendants. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

10.     Copies of all pleadings, process, orders, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. § 1446(a). [See Exhibits A-P.]

11.     Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

12.     Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

For these reasons, Defendants ask the Court to remove the suit to the United States District Court for the District of Colorado.

**DATED:** September 13, 2019.

Respectfully submitted:
*s/ Erica Weston*
Erica Weston
Senior Associate University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5691
Erica.Weston@cu.edu
*Attorney for University Defendants*

Consenting:
*s/ Martine T. Wells*
Martine T. Wells
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303-223-1213
MWells@BHFS.com
*Attorney for HealthONE Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2019, I electronically filed the foregoing with the Court's electronic filing system (CM/ECF) and e-mailed the same to the following counsel of record:

Patricia S. Bellac (#22447)
PATRICIA S. BELLAC LAW FIRM, LLC
4845 Pearl East Circle, Suite 101
Boulder, CO 80301
Telephone: 303-442-5111
Fax: 303-417-6381
E-mail: psb@psblawfirm.com
*Attorney for Plaintiff*

Martine T. Wells
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202
Telephone: 303-223-1213
E-mail: MWells@BHFS.com
*Attorney for HealthONE*

*s/ Linda Ruth Carter*
Linda Ruth Carter, Paralegal