# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02616-WJM-STV

**AKIVA MEYER RABINOWITZ, a/k/a AKIVA THOMAS, DO**

**Plaintiff,**

**v.**

**Donald ("Don") M. Elliman, Chancellor, University of Colorado ("CU"), Anschutz Medical Campus ("Anschutz"),**

**Defendant.**

_____

## STIPULATION TO DISMISS
_____

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned hereby stipulate that the above action be dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

| BENEZRA & CULVER, P.C. | University of Colorado, Office of University Counsel |
|---|---|
| */s/ Seth J. Benezra* | *s/Hermine Kallman* |
| _____ | _____ |
| Seth J. Benezra, Esq. | Hermine Kallman, Esq. |
| John A. Culver, Esq. | Senior Assistant Counsel |
| Anna C. Fullerton, Esq. | University of Colorado, Office of University Counsel |
| 633 17th Street, Suite 1450 | |
| Denver, CO 80202 | 1800 Grant Street, Suite 700 |
| (303) 716-0254 | Denver, Colorado 80203 |
| sjbenezra@bc-law.com | Phone Number: 303-860-5691 |
| jaculver@bc-law.com | Fax Number: 303-860-5650 |
| acfullerton@bc-law.com | Hermine.kallman@cu.edu |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |